UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2139
_____

BOROUGH OF LONGPORT; TOWNSHIP OF IRVINGTON,
Individually and on behalf of all others similarly situated,

Appellants

v.

NETFLIX, INC.; HULU LLC
_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-21-cv-15303)
District Judge: Honorable Stanley R. Chesler
_____

Submitted under Third Circuit L.A.R. 34.1(a)
on May 18, 2023

Before: SHWARTZ, ROTH and FISHER, Circuit Judges
_____

**JUDGMENT**
_____

This case came to be heard on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on May 18, 2023.

On consideration whereof, it is **ORDERED AND ADJUDGED** by this Court that the judgment of the District Court, entered May 23, 2022, be and the same is hereby **AFFIRMED**. All of the above in accordance with the Opinion of this Court.

2

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 29, 2024

2